# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-25-00407-CV

---

### Nylondraleshannette Williams-James, Appellant

### v.

### Kenneth Ray James, Appellee

---

### FROM THE 426TH DISTRICT COURT OF BELL COUNTY
### NO. 22DFAM331641, THE HONORABLE STEVEN J. DUSKIE, JUDGE PRESIDING

---

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

PER CURIAM

This Court granted appellant Nylondraleshannette Williams-James five extensions of time to file her pro se brief. After the fourth extension, she began filing multiple motions to correct, strike, or supplement the reporter's and clerk's records, resulting in the filing of supplemental records. She has now filed additional motions contending that the reporter's record remains incomplete and disputing whether certain exhibits in a supplemental volume of the clerk's record were admitted into evidence. Resolution of those issues is a matter for the trial court. *See* Tex. R. App. P. 34.6(e)(3). When, as here, a "dispute arises after the reporter's record has been filed in the appellate court, that court may submit the dispute to the trial court for resolution." *Id.*

We therefore abate this appeal and remand this cause to the trial court for resolution of the dispute about whether the reporter's record is complete and whether the exhibits

in question were admitted.  *See id.*  If the parties disagree on whether or how to correct the record so that it is complete and the exhibits are accurate, "the trial court must—after notice and hearing—settle the dispute.  If the court finds any inaccuracy, it must order the court reporter to conform the reporter's record (including text and any exhibits) to what occurred in the trial court, and to file certified corrections in the appellate court."  *See id.* R. 34.6(e)(2).  A supplemental reporter's record containing the trial court's determination shall be filed with this Court by April 16, 2026.  This appeal will be reinstated after the supplemental reporter's record is filed.

It is ordered on March 17, 2026.


Before Chief Justice Byrne, Justices Theofanis and Crump

Abated and Remanded

Filed:  March 17, 2026

2